**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST, <br><br> *Appellant*, <br><br> v. <br><br> MEDIA EFFECTIVE LLC, *et al.*, <br><br> *Appellees*. | Case No. 2:24-CV-10144-CCC <br><br> Judge Claire C. Cecchi |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Motion to Extend Time to File Appellant Brief filed by Appellant AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust ("Appellant"), and finding good cause to grant such relief, it is this __ day of **December 2024** hereby:

**ORDERED**, that Appellant's Motion is **GRANTED**; and it is further

**ORDERED**, that Appellant shall file its Appellant Brief on or before **January 13, 2025**.

_____
JUDGE

cc: Counsel of Record