| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> OBERMAYER REBMANN MAXWELL & HIPPEL LLP <br> Edmond M. George, Esquire <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail: edmond.george@obermayer.com <br><br> *Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, and Paulina Torres* |

| | |
|---|---|
| In re: <br><br> NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-14539-JKS <br><br> (Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MEDIA EFFECTIVE LLC, et al., <br><br> Defendants. | Adv. Pro. No. 23-01335-JKS |

### **DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL**

Defendant-Appellees Javier Torres ("Javier"), Media Effective, LLC ("Media"), Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres (the "Torres Family," and collectively with Javier and Media, the "Defendants"), by and through their undersigned counsel, Obermayer Rebmann Maxwell & Hippel LLP, hereby submit their designation of additional items to be

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NRIA.

4885-6211-2255 v1

included in the record on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009(a) and the Court's November 13, 2024 Order. Defendants respectfully represent as follows:

## DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

| Docket Index No. | Date Filed | Document Title |
|---|---|---|
| 42 | 03/28/2024 | Motion for Sanctions Under 28 USC Section 1927. Sanctions Against Liquidation Trustee of the AIRN Liquidation Trust |
| 55 | 04/08/2024 | Objection to Motion to Strike the January 17, 2024 Declaration of Glenn A. La Mattina as False and to Impose Sanctions on the Sponsor of the Declaration |
| 56 | 04/08/2024 | Motion to Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski |
| 60 | 04/09/2024 | Objection to Motion to Strike the April 4, 2024, Declarations of Angela Solk and Patryk Golaszewski |
| 64 | 04/24/2024 | Application re: Relief from Temporary Restraining Order to Permit Payment of Ordinary and Necessary Business Expenses Filed by Javier Torres |
| 71 | 05/03/2024 | Order Granting Javier Torres Application of Javier Torres for Relief from Temporary Restraining Order to Permit Payment of Ordinary and Necessary Business Expenses |

Respectfully Submitted,

Dated: November 22, 2024

*/s/ Edmond M. George*
Edmond M. George, Esquire
Kelsey V. Sheronas, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73
Suite 420
Mount Laurel, NJ 08054-5108
*Counsel to Defendants Javier Torres, Media Effective, LLC, Dora Dillman, Javier Torres, Jr., Natalia Torres, Paulina Torres*