# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| National Realty Investment Advisors LLC | Case Number: 22-14539 |
| | Civil Number: 24-10144 |
| | Adversary Number: 23-1335 |
| | Bankruptcy Judge: JKS |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**  ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

- ☐ Notice of Appeal
- ☐ Order being Appealed
- ☒ Designation of Record on Appeal
- ☐ Statement of Issues
- ☐ Transcript
- ☐ Transcript Ordered On: _____
- ☐ Motion for Leave to Appeal
- ☐ Certification of Failure to File Designation
- ☐ Motion to Withdraw the Reference
- ☐ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/25/2024. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | AIRN Liquidation Trust Co., LLC | Appellee(s): | See Part 3 of Appeal |
| Attorney: | Louis T. DeLucia | Attorney: | |
| Address: | 1500 Broadway, Suite 2900 | Address: | |
| | New York, NY 10036 | | |

Title of Order Appealed: DECISION / FINAL JUDGMENT FOR SUM CERTAIN PLUS INTEREST

Date Entered On Docket: 10/11/2024

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____