IN THE UNITED STATE DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br>                  Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS) |
| AIRN LIQUIDATION TRUST CO., LLC,<br>                  Appellant,<br>v.<br>MEDIA EFFECTIVE, LLC,<br>                  Appellee. | Case No. 2:24-cv-10144-CCC<br><br>Honorable Claire C. Cecchi |

**ORDER ADMITTING JENNY R. BUCHHEIT TO APPEAR *PRO HAC VICE***

This matter having been brought before the Court on Motion for an Order Admitting Jenny R. Buchheit to Appear *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1(c), and good cause having been shown; it is

**ORDERED** that Jenny R. Buchheit be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

2

**ORDERED** that Jenny R. Buchheit shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2(a) and D.N.J. L. Civ. R. 101.1(c)(2), said fee to be deposited via check payable to "Clerk, USDC" within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that Jenny R. Buchheit shall make payment of $250.00 to the Clerk of the Court as required by L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Jenny R. Buchheit shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

Dated:_____, 2024

_____
Honorable Claire C. Cecchi
United States District Judge