**IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS) |
| AIRN LIQUIDATION TRUST CO., LLC,<br>Appellant,<br><br>v.<br><br>MEDIA EFFECTIVE, LLC,<br>Appellee. | Case No. 2:24-cv-10144-CCC<br><br>Honorable Claire C. Cecchi |

**DECLARATION OF JENNY R. BUCHHEIT IN SUPPORT OF MOTION FOR AN ORDER ADMITTING JENNY R. BUCHHEIT TO APPEAR *PRO HAC VICE***

I, Jenny R. Buchheit, of full age, hereby certify as follows:

1. I am Senior Counsel with the law firm of Ice Miller LLP, One American Square Suite 2900, Indianapolis, IN 46282-0200.

2. I make this Declaration in connection with my Motion to be admitted *pro hac vice* in the above captioned civil case to represent AIRN Liquidation Trust Co., LLC, in its capacity as the Liquidation Trustee of the AIRN Liquidation Trust (the "Appellant" or the "Liquidation Trustee"), appointed pursuant to the First Amended Joint Chapter 11 Plan of Liquidation of National Realty Investment Advisors, LLC and its Affiliated Debtors (as amended and supplemented, the "Plan") [Case No. 22-14539, Docket No. 3256].

3. I am a member in good standing of the bar of Indiana State Court and have been since 2006. The roll of attorneys for Indiana State Court is maintained at the Indiana Supreme

Court Clerk's Office, located at 315 State House, 200 W. Washington Street, Indianapolis, IN 46204.

4. I am a member in good standing of the bar of the United States District Court for the Northern District of Indiana since 2006. The roll of attorneys for the United States District Court for the Northern District of Indiana is maintained at the Robert A. Grant Federal Building and U.S. Courthouse, located at 204 South Main Street, Room 220, South Bend, IN 46601.

5. I am a member in good standing of the bar of the United States District Court for the Southern District of Indiana since 2006. The roll of attorneys for the United States District Court for the Southern District of Indiana is maintained at the Birch Bayh Federal Building and U.S. Courthouse, located at 46 East Ohio Street, Room 105, Indianapolis, IN 46204.

6. I am a member in good standing of the bar of the United States District Court for the Eastern District of Michigan since 2019. The roll of attorneys for the United States District Court for the Eastern District of Michigan is maintained at the Joseph P. Kinneary U.S. Courthouse, located at 231 W. Lafayette Blvd., Room 553, Detroit, MI 48226.

7. I am a member in good standing of the bar of the Supreme Court of the United States since 2020. The roll of attorneys for the Supreme Court of the United States is maintained at the Supreme Court of the United States, located at 1 First Street NE, Washington, D.C. 20543.

8. I am a member in good standing of the bar of the United States Court of Appeals for the Sixth Circuit and have been since 2020. The roll of attorneys for the United States Court of Appeals for the Sixth Circuit is maintained at 100 East Fifth Street, Cincinnati, Ohio 45202.

9. I am a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit and have been since 2009. The roll of attorneys for the United States Court

of Appeals for the Seventh Circuit is maintained at the Dirksen U.S. Courthouse, located at 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

10. I am a member in good standing of the bar of the United States Court of Appeals for the Eighth Circuit and have been since 2019. The roll of attorneys for the United States Court of Appeals for the Eighth Circuit is maintained at the Thomas F. Eagleton U.S. Courthouse, located at 111 South 10th Street, Room 24.313, St. Louis, MO 63102.

11. I am a member in good standing of the bar of the United States Court of Appeals for the District of Columbia Circuit and have been since 2024. The roll of attorneys for the United States Court of Appeals for the District of Columbia Circuit is maintained at the E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex, located at 333 Constitution Ave., NW, Washington, DC 20001.

12. I am not under suspension or disbarment by any court.

13. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

14. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers' Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2, and have already satisfied that payment for 2024 in connection with my admission *pro hac vice* before the U.S. Bankruptcy Court for the District of New Jersey in the related bankruptcy case, *In re: National Realty Investment Advisors, LLC*, Case No. 22-14539 (JKS).

15. I have familiarized myself with the Local Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

16. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2024

Jenny Buchheit

Jenny R. Buchheit