## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| National Realty Investment Advisors LLC | Case Number: 22-14539 |
| | Civil Number: 24-10144 |
| | Adversary Number: 23-1335 |
| | Bankruptcy Judge: JKS |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal    ☐ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☒ Other  Supplemental Appellee's Designation of Record

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  10/25/2024 .    The parties to the appeal are:

Appellant(s):  AIRN Liquidation Trust Co., LLC    Appellee(s):  See Part 3 of Appeal
Attorney:  Louis T. DeLucia    Attorney:  _____
Address:  1500 Broadway, Suite 2900    Address:  _____
         New York, NY 10036

Title of Order Appealed:    DECISION / FINAL JUDGMENT FOR SUM CERTAIN PLUS INTEREST
Date Entered On Docket:    10/11/2024

☒  An appeal has not previously been filed in this case.

☐  The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

rev. 8/28/17