**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-14539-JKS<br><br>(Jointly Administered) |
| AIRN LIQUIDATION TRUST CO., LLC,<br><br>      Appellant,<br><br>v.<br><br>MEDIA EFFECTIVE LLC, et al.,<br><br>      Appellees. | Case No. 2:24-cv-10144-CCC<br><br>Honorable Claire C. Cecchi |

**STIPULATION AND ORDER  EXTENDING TIME TO
<u>RESPOND TO AMICUS BRIEF</u>**

WHEREAS, on June 25, 2026, the Court entered an Opinion and Order (ECF No. 41)[1], *inter alia*, granting the motion of the New Jersey Bureau of Securities ("NJBS") to file an Amicus Brief in the above-captioned bankruptcy appeal, setting the deadline for Appellees, Javier Torres and Media Effective LLC (together, "Appellees") to file their response to the Amicus Brief, and setting the deadline for NJBS to file a reply in support of its Amicus Brief;

WHEREAS, the parties have agreed to a fourteen-day (14) extension for Appellees to file their response to NJBS's Amicus Brief;

WHEREAS, the parties have agreed to a twenty-three-day (23) extension for NJBS to file

---

[1] Capitalized terms not otherwise defined in this Stipulation shall have the meanings ascribed to them in the Opinion and Order.

4923-5221-6001 v1

its reply in support of its Amicus Brief;

WHEREAS, no prior extensions have been sought or obtained;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Appellees shall file their response to NJBS's Amicus Brief on or before August 10, 2026; and

IT IS FURTHER STIPULATED AND AGREED that NJBS shall file its reply in support of its Amicus Brief on or before September 2, 2026; and

IT IS FURTHER STIPULATED AND AGREED that fax or electronic signatures shall be deemed to have the same effect as originals for the purposes of this Stipulation and that a fax or electronic copy of this Stipulation may be filed with the Clerk and used for all purposes.

Dated: July 27, 2026

Respectfully submitted,

By: */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail:  edmond.george@obermayer.com
          michael.vagnoni@obermayer.com

*Counsel to Appellees Javier Torres and Media Effective LLC*

By: */s/ Rahul Kapoor*
Rahul Kapoor, Deputy Attorney General
Securities Fraud Prosecution Section
Department of Law & Public Safety
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07102
Ph: 609.696.5369
rahul.kapoor@law.njoag.gov

*Counsel to Amicus Curiae Keith A. Alt, Acting Chief of the New Jersey Bureau of Securities*

SO ORDERED:

SO ORDERED

    *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   7/28/2026

2

4923-5221-6001 v1